# SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT*
*FILED*
*JUL 2 5 2008*
*S. D. OF N.Y.*

———————————————————— X

VITAUTAS KILTINAVICHIOUS,

        Petitioner,

  -against-

UNITED STATES OF AMERICA,

        Respondent.

———————————————————— X

Civil Judgment

08 Civ. 5873 (KMW)

Pursuant to the order issued **JUL 2 5 2008** by the Honorable Kimba M. Wood, Chief Judge, dismissing the petition it is,

ORDERED, ADJUDGED AND DECREED:  That the petition be and is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

———————————————————————
KIMBA M. WOOD
Chief Judge

Dated: JUL 2 5 2008
     New York, New York
     7-25-08

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.